IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **RAYMOND ORRAND, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | Case No. C2-09-CV-0212 |
| v. : | |
| : | JUDGE ALGENON L. MARBLEY |
| **WEST END LAND DEVELOPMENT** : | |
| **INC., et al.,** : | Magistrate Judge King |
| : | |
| **Defendants.** : | |

### ORDER

This matter is before the Court on Plaintiffs', Raymond Orrand, et al., Motion for Attorneys' Fees and Costs (Dkt. 34). Plaintiffs' brought this action under ERISA, and pursuant to 29 U.S.C. § 1132(g)(2)(D), are entitled to attorney's fees and costs. Defendant's response does not contest the amounts detailed in Plaintiffs' financial. (Dkt. 36). Plaintiffs' Motion is **GRANTED**.

Plaintiffs' submitted a financial affidavit indicating that their litigation costs were $350.00, and that attorney fees totaled $6,701.25. Plaintiffs' affidavit included the billing entries for services performed, hours worked, expenses incurred, and amount billed . After reviewing the affidavit, this Court is satisfied that Plaintiffs' costs are reasonable. Accordingly, West End Land Development, Inc. shall pay Plaintiffs' attorney fees and costs in the amount of $7051.25.

**IT IS SO ORDERED.**

                                                    s/Algenon L. Marbley
                                                  **ALGENON L. MARBLEY**
                                                  **United States District Court Judge**

**DATED: May 18, 2010**